# TABLE OF EXHIBITS

Exhibit A   Abstract of Judgment

Exhibit B   Certified transcript, May 17, 2004, parole hearing

Exhibit C   Governor's reversal decision, October 11, 2004

Exhibit D   Petitioner's psychological (forensic) evaluations

Exhibit E   Petitioner's correctional evaluation

Exhibit F   *In re Tripp*, 150 Cal.App.4th 306

Exhibit G   California Supreme Court Order denying review

# Exhibit A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY
ABSTRACT OF JUDGMENT

(Commitment to State Prison)

The People of the State of California,
PLAINTIFF,

vs

BRANDEE TRIPP,
DEFENDANT.

Present:
Hon. Ralph H. Drummond
JUDGE OF THE SUPERIOR COURT

James T. O'Farrell/Gregory Jacobson
DISTRICT ATTORNEY

Frank Dice
COUNSEL FOR DEFENDANT

This certifies that on __2/11/81__ judgment of conviction of defendant was entered as follows:

(1) Case No. __CR 7639__ Count No. __3__ On his plea of __Guilty__
he was convicted by __the Court__ of violation of __Section 187 of the Penal Code, murder in the second degree, a felony__
with prior felony convictions as follows: __None__

| Date | County and State | Crime | Disposition |
|---|---|---|---|
| | | | |

Defendant has been held in custody for __875__ days as a result of the same criminal act or acts for which he has been convicted.

Defendant __was not__ armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon at the time of his arrest within the meaning of Penal Code Sections 969c, 3024.

Defendant __was not__ armed with a deadly weapon at the time of his commission of the offense within the meaning of Penal Code Sections 969c, 12022.

Defendant __did not use__ a firearm in his commission of the offense within the meaning of Penal Code Sections 969d, 12022.5.,

(2) Defendant __was not__ adjudged an habitual criminal within the meaning of Subdivision __a or b__ of Section 644 of the Penal Code, and the Defendant __is not__ an habitual criminal in accordance with provisions of Subdivision (c) of that section.

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the defendant be punished by imprisonment in state prison of the state of California for the term provided by law and that he be remanded to the Sheriff of the County of Monterey, and by him delivered to the Director of Corrections of the State of California at __California Institute for Women, Frontera__

It is ordered that sentences shall be served in respect to one another as follows: __N/A__
and in respect to any prior incompleted sentence(s) as follows: __N/A__

(4) To the Sheriff of the County of Monterey and to said Director of Corrections:

Pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above named defendant into custody of Director of Corrections at the Facility above named, at your earliest convenience.

Witness my hand and seal of said court

ERNEST A. MAGGINI, Clerk

on __February 11, 1981__

By _____ Deputy

I do hereby certify the foregoing to be a true and correct abstract of the judgment duly made and entered on the minutes of the Superior Court in the above entitled action as provided by Penal Code Section 1213.

Attest my hand and seal of the said Superior Court on __February 11, 1981__

ERNEST A. MAGGINI, County Clerk and Clerk of the Superior Court of California for the County of Monterey.

By _____ Deputy

Judge of the Superior Court of the State of California for the County of Monterey

CLERK 156 (10/75)