**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

C-07-5748 CW

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

November 14, 2007

Brandee Tripp
c/o Adrian T. Woodward, Esq.
4266 Atlantic Avenue
Long Beach, CA 90807

FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Sir/Madam:

We have received your money order #4884751942-4 in the amount of $5.00; however, we are returning it for the following reason:

___ We do not accept "not to exceed" checks. Please contact the appropriate court personnel for the exact amount to remit.

___ Your check is issued in the wrong amount. The correct amount should be $

___ We are unable to determine the purpose of your payment. Please provide the case number, case name and purpose of your payment.

_X_ Other: **Check is stale dated.**

Once you have provided the above requested information, please return or provide another check in the correct amount to our office.

Sincerely,

Sonya Gueretta
Financial Technician

TOTAL P.02