IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEE TRIPP,<br><br>    Petitioner,<br><br>      v.<br><br>DAWN DAVISON, Warden,<br><br>    Respondent. | No. C 07-5748 CW<br><br>ORDER TO SHOW CAUSE |

    Petitioner, an inmate incarcerated at the California Institution for Women, has filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Good cause appearing, the Court hereby issues the following orders:

    Respondent shall file with this Court and serve upon Petitioner and Petitioner's counsel, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, 28 U.S.C. foll. § 2254, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the answer a copy of all portions of the state trial record that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

    If Petitioner wishes to respond to the answer, she shall do so by filing a traverse with the Court and serving

it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

DATED: __12/18/07__   
   _____
   CLAUDIA WILKEN
   United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BRANDEE TRIPP,

        Plaintiff,

v.

DAWN DAVISON et al,

        Defendant.

Case Number: CV07-05748 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Attorney General
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA  94102

Dawn Davison, Warden
California Institute for Women
16756 Chino-Corona Road
P.O. Box 6000
Corona, CA 92878-6000

Dated: December 18, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3