IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRANDEE TRIPP,

    Petitioner,

  v.

DAWN DAVISON, Warden

    Respondent.
                                     /

No. 07-05748 CW

ORDER EXTENDING TIME TO FILE ANSWER

On December 12, 2007, the Court issued an Order to Show Cause why a writ of habeas corpus should not be issued. Respondent was to file within thirty (30) days of the Order an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254. The Order to Show Cause was sent by regular mail to the Attorney General, State of California, and to Dawn Davison, Warden, California Institute for Women. As of February 7, 2008, Respondent had not filed an answer. On February 7, 2008, the Court contacted the California Attorney General's Office and was informed that the Order to Show Cause was never received. Accordingly,

    IT IS HEREBY ORDERED that the Clerk shall re-serve the Order to Show Cause along with a copy of the Petition for Writ of Habeas Corpus on the California Attorney General. The Attorney General

shall have thirty (30) days from the date of this Order to respond to the Order to Show Cause.

Dated  2/12/08

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEE TRIPP, | Case Number: CV07-05748 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DAWN DAVISON et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Attorney General
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA  94102

Dated: February 12, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk