IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEE TRIPP,<br><br>      Petitioner,<br><br>  v.<br><br>DAWN DAVISON,<br><br>      Respondent.<br>_____/ | No. C 07-05748 CW<br><br><u>CLERK'S NOTICE<br>TAKING MOTION UNDER<br>SUBMISSION</u> |

    Notice is hereby given that the Court, on its own motion, shall take Respondent's Motion to Dismiss under submission on the papers. Opposition will be due March 31, 2008, and any reply will be due April 7, 2008.

Dated: 3/17/08

                                                    _____<br>
                                                    SHEILAH CAHILL<br>
                                                    Deputy Clerk