IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BRANDEE TRIPP,**<br><br>                                Petitioner,<br><br>          v.<br><br>**DAWN DAVISON, Warden,**<br><br>                                Respondent. | No. C 07-05748 CW<br><br>**[PROPOSED] ORDER** |

This Court considered Respondent's Unopposed Request for an Extension of Time to File an Answer and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Unopposed Request for an Extension of Time to File an Answer is **GRANTED**; Respondent shall file an answer by **June 23, 2008**. If Petitioner wants to respond, she shall file a traverse within thirty days of receiving the answer.

Dated: _____          _____
                                CLAUDA WILKEN
                                United States District Judge

---

[Proposed] Order                                    *Tripp v. Davison*
                                                    No. C 07-05748 CW

1