IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BRANDEE TRIPP,** | No. C 07-05748 CW |
| Petitioner, | **ORDER** |
| v. | |
| **DAWN DAVISON, Warden,** | |
| Respondent. | |

This Court considered Respondent's Unopposed Request for an Extension of Time to File an Answer and good cause appearing,

IT IS HEREBY ORDERED that Respondent's Unopposed Request for an Extension of Time to File an Answer is **GRANTED**; Respondent shall file an answer by **June 23, 2008**. If Petitioner wants to respond, she shall file a traverse within thirty days of receiving the answer.

Dated: 5/29/08

/s/ Claudia Wilken
CLAUDA WILKEN
United States District Judge

[Proposed] Order

*Tripp v. Davison*
No. C 07-05748 CW

1