# EXHIBIT 13

Court of Appeal, Sixth Appellate District - No. H029507
S152032

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re BRANDEE TRIPP on Habeas Corpus

The petition for review is denied.
The requests for an order directing depublication of the opinion are denied.

SUPREME COURT
FILED

AUG 15 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
Chief Justice