IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEE TRIPP,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation,<br><br>    Respondent.             / | No. C 07-05748 CW<br><br>ORDER ON PETITIONER'S REQUEST FOR ORDER DISCHARGING HER TERM OF PAROLE |

On June 9, 2009, Petitioner filed a request to direct the parole board to discharge her term of parole.  Respondent shall file an opposition by July 6; Petitioner shall file a reply by July 13.  The matter will be taken under submission on the papers.

IT IS SO ORDERED.

DATED: 6/17/09

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge